1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  CAROLYN B. CHEN, CSBN 256628
5  Special Assistant United States Attorney
6          Social Security Administration
           333 Market St., Suite 1500
7          San Francisco, CA  94105
8          Telephone: (415) 977-8956
           Facsimile: (415) 744-0134
9          Email: Carolyn.Chen@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BYRON G. MARTIN<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | No. CV 10-7536-FMO<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  6/21/11                          /s/
                                   HON. FERNANDO M. OLGUIN
                                   UNITED STATES MAGISTRATE JUDGE