Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387

Attorney for Plaintiff
BYRON MARTIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| BYRON MARTIN | ) | CASE NO.: CV 10--7536 |
| | ) | |
| Plaintiff | ) | Order Awarding EAJA |
| | ) | Fees |
| vs. | ) | |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of SEVENTEEN HUNDRED SIXTY-THREE DOLLARS and 00/cents ($1,763.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: August  25, 2011

                                                           _____/s/_____
                                                           FERNANDO M. OLGUIN
                                                           UNITED STATES MAGISTRATE JUDGE